# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN LYNN FERNANDEZ,
                    Appellant,
        vs.
JEFFREY S. BLANCK; AND GALE
SANDERS,
                    Respondents.

No. 68528

**FILED**

APR 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Matt _____

cc:     Hon. Elliott A. Sattler, District Judge
        Kevin Lynn Fernandez
        Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-11326